UNITED STATES DISTRICT COURT  
WESTERN DISTRICT OF NEW YORK

Index No.: **25-cv-6212**  
Date Filed: **04/21/2025**

## AFFIRMATION OF SERVICE

| Plaintiff(s): | U.S. Bank Trust Company, National Association, as trustee, as successor in interest to U.S. Bank National Association, as Trustee for the Registered Holder of Asset Backed Securities Corporation Home Equity Loan Trust 2004-HE7 Asset Backed |
|---|---|
| Defendant(s): | Terence Byrne A/K/A Terence T. Byrne, et al |

**Jonathan Rodman**, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **05/12/2025** at **5:34 PM**, I served the CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBITS, together with the RPAPL 1320 and by the Notice required by RPAPL Section 1303, which Notice, as served, was printed on yellow paper, the title of the Notice appeared to be in bold 20-point type, and the text appeared to be in bold, 14-point type to

**Terence Byrne AKA Terence T Byrne** at **6140 Hanover Road, Farmington, NY 14425** in the manner indicated below:

**PERSONAL SERVICE:** By delivering a true copy of said documents to the individual personally. The individual served confirmed their identity at the time of service. A description of Terence Byrne AKA Terence T Byrne, based on the undersigned's perception, is as follows:

Gender: **Male**  Race: **White**  Color of hair: **Gray**  Age: **65**  Height: **5ft 4in - 5ft 8in**  Weight: **161-200 lbs.**

The undersigned asked whether Terence Byrne AKA Terence T Byrne was active duty military or if they are financially dependent on anyone active duty military and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that Terence Byrne AKA Terence T Byrne is not in the military and is not financially dependent on someone in active military service.

Comments: There is an additional occupant named Marie Castiglia.

I affirm on  **May 16, 2025** , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X **Jonathan Rodman**  
Jonathan Rodman

(1261911)




*254088*

| | |
|---|---|
| THE STATE OF NEW YORK<br>UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NEW YORK | Civil Action No.: **6:25-CV-06212-FPG**<br>Filed On: 4/21/2025 |

| | |
|---|---|
| **U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDER OF ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST 2004-HE7 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-HE7**<br>-against-<br><br>**TERENCE BYRNE A/K/A TERENCE T. BYRNE, ET AL.** | **Affirmation of Service by Mail**<br>**Pursuant to CPLR §3215** |

STATE OF NEW YORK, COUNTY OF SUFFOLK: Alex Zambrano affirms that they are not a party to this action, are over 18 years of age, and reside in the State of New York.

That on 5/20/2025, your affirmant mailed a true copy of the CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION, , together with the RPAPL 1320 by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 6140 HANOVER ROAD, FARMINGTON, NY 14425 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service,

TERENCE BYRNE A/K/A TERENCE T. BYRNE

6140 HANOVER ROAD
FARMINGTON, NY 14425

I affirm this on **20th day of May, 2025** under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_Alex Zambrano_

McCabe, Weisberg & Conway, LLC 10801
145 Huguenot Street, Suite 210
NEW ROCHELLE, NY 10801
Phone: 914-812-4084
File No. 23-300400

RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Ph: 631-981-4400
(NCS906542F) AZ 1265307