UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
U.S. BANK TRUST COMPANY, NATIONAL     **Index No: 25-cv-06212**
ASSOCIATION, AS TRUSTEE, AS
SUCCESSOR IN-INTEREST TO U.S. BANK
NATIONAL ASSOCIATION, AS TRUSTEE     **NOTICE OF SALE**
FOR THE REGISTERED HOLDER OF ASSET
BACKED SECURITIES CORPORATION
HOME EQUITY LOAN TRUST 2004-HE7
ASSET BACKED PASSTHROUGH
CERTIFICATES, SERIES 2004-HE7,

                           Plaintiff

                          -against-

TERENCE BYRNE A/K/A TERENCE T.
BYRNE; SUZANNE M. BYRNE A/K/A
SUZANNE M. CASTIGLIA;
                     Defendants.
-----------------------------------------------------------X

          PLEASE TAKE NOTICE that the within is a true copy of a Notice of Sale for 6140 Hanover Road, Farmington, New York 14425 in ONTARIO County.

                                          McCABE, WEISBERG & CONWAY, LLC

Dated:    January 15, 2026           By:    *Melissa S. DiCerbo*
           Melville, NY                          MELISSA S. DICERBO, ESQ.
                                                       Attorneys for Plaintiff
                                                       One Huntington Quadrangle, Suite 4N25
                                                       Melville, NY 11747
                                                       (631) 812-4084
                                                       (855) 845-2584 facsimile

To:

Terence Byrne a/k/a Terence T. Byrne
6140 Hanover Road
Farmington, New York 14425

Suzanne M. Byrne a/k/a Suzanne M. Castiglia
6140 Hanover Road
Farmington, New York 14425

Deborah M. Field, Esq (Referee)
120 Corporate Woods, Suite 240
Rochester, NY 14623

NOTICE OF SALE
U.S. DISTRICT COURT – WESTERN DISTRICT OF NEW YORK

U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN- INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDER OF ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST 2004-HE7 ASSET BACKED PASSTHROUGH CERTIFICATES, SERIES 2004-HE7,

Plaintiff,

Against

TERENCE BYRNE A/K/A TERENCE T. BYRNE; SUZANNE M. BYRNE A/K/A SUZANNE M. CASTIGLIA;

Defendant(s)

Pursuant to a Judgment of Foreclosure and Sale, duly entered 10/31/2025, I, the undersigned Referee, will sell at public auction on the front steps of the Ontario County Courthouse, 27 North Main Street, Canandaigua, NY 14424, on 1/29/2026 at 11:00AM, premises known as 6140 Hanover Road, Farmington, New York 14425, and described as follows:

ALL that certain plot piece or parcel of land, with the buildings and improvements thereon erected, situate in the Town of Farmington, County of Ontario and State of New York.

Section 29.14 Block 2 Lot 38.000
The approximate amount of the current Judgment lien is $166,466.21 plus interest and costs. The Premises will be sold subject to provisions of the aforesaid Judgment of Foreclosure and Sale; Index # 25-CV-06212

DEBORAH M FIELD, Esq., Referee.
MCCABE, WEISBERG & CONWAY, LLC, 10 Midland Avenue, Suite 205, Port Chester, NY 10573
Dated: 11/20/2025   File Number: 23-300400   CA

Index No. 25-cv-06212

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDER OF ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST 2004-HE7 ASSET BACKED PASSTHROUGH CERTIFICATES, SERIES 2004-HE7,

**PLAINTIFF,**

-AGAINST-

TERENCE BYRNE A/K/A TERENCE T. BYRNE; SUZANNE M. BYRNE A/K/A SUZANNE M. CASTIGLIA;

**DEFENDANTS.**

---

**NOTICE OF SALE**

---

**McCABE, WEISBERG & CONWAY, LLC**
Attorneys for PLAINTIFF
One Huntington Quadrangle, Suite 4N25
Melville, NY 11747
(631) 812-4084
(855) 845-2584 facsimile